IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARNELL DESHAN LESLIE, | ) | 1:06-CV-01031-OWW-LJO-HC |
| | ) | |
| Petitioner, | ) | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT |
| vs. | ) | STATEMENT **OR** PAY FILING FEE |
| | ) | |
| SCOTT KERNAN, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $5.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, petitioner shall submit a certified copy of his prison trust

1

account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     September 6, 2006**            **/s/ Lawrence J. O'Neill**
23ehd0                                       UNITED STATES MAGISTRATE JUDGE