UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARNELL DESHAN LESLIE,

    Petitioner,

v.

SCOTT KERNAN, Warden, et al.,

    Respondents.

1:06-CV-01031-OWW-LJO-HC

ORDER GRANTING EXTENSION OF TIME TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT OR PAY FILING FEE

(Doc. 11)

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On October 13, 2006, petitioner filed a motion to extend time to submit a certified copy of his prison trust account statement, pursuant to the court's order of September 7, 2006.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to submit a certified copy of his prison trust account statement, or pay the $5.00 filing fee, pursuant to the court's order of September 7, 2006.

IT IS SO ORDERED.

**Dated:**  **October 27, 2006**            /s/ Lawrence J. O'Neill

23ehd0                                   UNITED STATES MAGISTRATE JUDGE